THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Steven Gary Cisson, Appellant.
 
 
 

Appeal From Greenville County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2005-UP-259
Submitted April 1, 2005  Filed April 7, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, Deputy Director for Legal Services Teresa A. Knox, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Steven Gary Cisson, pled guilty to second offense driving under the offense (DUI), failure to stop for a blue light, unlawful use of a telephone, and second offense possession of marijuana.  In November 2001 he was sentenced to one year suspended upon service of thirty days with one year of probation for the DUI charge, three years suspended during probation on the failure to stop charge, three years suspended during probation on the unlawful phone use charge, and one year suspended during probation on the possession charge.  Following a probation revocation hearing, the court revoked eighteen months of Cissons suspended sentences and ordered that his probation not be tolled while he was incarcerated.  Cissons counsel attached to the brief a petition to be relieved as counsel, stating that she had reviewed the record and concluded this appeal lacks merit.  Cisson did not file a separate pro se brief.   
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.